B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## District of Nevada

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**GRYPHON GOLD CORPORATION** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**92-0185996** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**748 S. MEADOWS PARKWAY A9**<br>**Reno, NV**<br>ZIP Code **89521** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Washoe** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):    **MINERAL COUNTY**<br>**Hawthorne, NV 89415** | |

| Type of Debtor<br>(Form of Organization) (Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9              of a Foreign Main Proceeding<br>■ Chapter 11<br>☐ Chapter 12        ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13            of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| B1 (Official Form 1)(04/13) | Page 2 |
|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **GRYPHON GOLD CORPORATION** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:  **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>■ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)          (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br>If this is a joint petition:<br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue** (Check any applicable box) |
|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br>☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property** (Check all applicable boxes) |
|---|
| ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br>☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br>☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(04/13)                              Page 3

| **Voluntary Petition** *(This page must be completed and filed in every case)* | **Name of Debtor(s):** **GRYPHON GOLD CORPORATION** |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ STEPHEN R. HARRIS**
Signature of Attorney for Debtor(s)
**STEPHEN R. HARRIS 001463**
Printed Name of Attorney for Debtor(s)
**Harris Law Practice LLC**
Firm Name
**6151 Lakeside Drive, Suite 2100**
**Reno, NV 89511**

Address

**775-786-7600  Fax: 775-786-7764**
Telephone Number
**July 29, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ WILLIAM GOODHARD**
Signature of Authorized Individual
**WILLIAM GOODHARD**
Printed Name of Authorized Individual
**DIRECTOR**
Title of Authorized Individual
**July 29, 2013**
Date

B 1A (Official Form 1, Exhibit A) (9/97)

*[If debtor is required to file periodic reports (e.g. forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

# United States Bankruptcy Court
## District of Nevada

In re **GRYPHON GOLD CORPORATION**  
Debtor(s)

Case No.  
Chapter **11**

## EXHIBIT "A" TO VOLUNTARY PETITION

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is **333-127635**.

2. The following financial data is the latest available information and refers to the debtor's condition on **04/30/2013**.

   a. Total assets  $ **15,818,761.75**

   b. Total debts (including debts listed in 2.c., below)  $ **11,850,371.55**

   c. Debt securities held by more than 500 holders:

   Approximate number of holders:

   | | | | | | |
   |---|---|---|---|---|---|
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |
   | secured ☐ | unsecured ☐ | subordinated ☐ | $ **0.00** | **0** |

   d. Number of shares of preferred stock    **0**    **0**

   e. Number of shares common stock    **194,644,091**    **1,700**

   Comments, if any:

3. Brief description of Debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Nevada

In re  **GRYPHON GOLD CORPORATION**                                    Case No.
                                        Debtor(s)                       Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **ACCUTEL, INC USD**<br>**438 MAIN STREET, STE 100**<br>**Buffalo, NY 14202** | **ACCUTEL, INC USD**<br>**438 MAIN STREET, STE 100**<br>**Buffalo, NY 14202** | | | 201.06 |
| **ALLSTREAM INC**<br>**P O BOX 5300 STN MAIN**<br>**WINNIPEG, MB R3C0C1**<br>**CANADA** | **ALLSTREAM INC**<br>**P O BOX 5300 STN MAIN**<br>**CANADA** | | | 71.51 |
| **BLENDER MEDIA**<br>**1111 WEST HASTING ST, STE 320**<br>**VANCOUVER, BC V6E213**<br>**CANADA** | **BLENDER MEDIA**<br>**1111 WEST HASTING ST, STE 320**<br>**CANADA** | | | 485.36 |
| **BORDEN LADNER GERVAIS IN TRUST**<br>**SCOTIA PLAZA, 40 KING STREET WEST**<br>**TORONTO, ONTARIO M5H3Y4**<br>**CANADA** | **BORDEN LADNER GERVAIS IN TRUST**<br>**SCOTIA PLAZA, 40 KING STREET WEST**<br>**CANADA** | **LEGAL SERVICES** | | 22,330.96 |
| **COMPUTERSHARE INC**<br>**DEPT CH 19228**<br>**PALATINE, IL 60694-9300** | **COMPUTERSHARE INC**<br>**DEPT CH 19228**<br>**PALATINE, IL 60694-9300** | **GOODS/SERVICES** | | 692.81 |
| **DONALD TSCHABRUN**<br>**2889 MOUNTAIN SPRINGS RD**<br>**Reno, NV 89519** | **DONALD TSCHABRUN**<br>**2889 MOUNTAIN SPRINGS RD**<br>**Reno, NV 89519** | **COBRA REIMBURSEMENT** | | 1,001.09 |
| **ERWIN & THOMPSON, LLP**<br>**P O BOX 40817**<br>**Reno, NV 89504** | **ERWIN & THOMPSON, LLP**<br>**P O BOX 40817**<br>**Reno, NV 89504** | **GOODS/SERVICES** | | 3,672.20 |
| **FAEGRE BAKER DANIELS**<br>**1470 WALNUT STREET STE 300**<br>**Boulder, CO 80302** | **FAEGRE BAKER DANIELS**<br>**1470 WALNUT STREET STE 300**<br>**Boulder, CO 80302** | **GOODS/SERVICES** | | 72,727.41 |

B4 (Official Form 4) (12/07) - Cont.

In re  **GRYPHON GOLD CORPORATION**            Case No. _____
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| INKLING PRINT SOLUTIONS<br>59-10489 DELSOM CRESCENT<br>DELTA BC V4C 0B9<br>CANADA | INKLING PRINT SOLUTIONS<br>59-10489 DELSOM CRESCENT<br>CANADA | GOODS/SERVICES | | 423.75 |
| JAMES T. O'NEIL JR<br>P O BOX 3914<br>Parker, CO 80134 | JAMES T. O'NEIL JR<br>P O BOX 3914<br>Parker, CO 80134 | EMPLOYEE EXPENSE REIMBURSEMENT | | 925.94 |
| JONES & KELLER<br>1999 BROADWAY ST., STE 3150<br>Denver, CO 80202 | JONES & KELLER<br>1999 BROADWAY ST., STE 3150<br>Denver, CO 80202 | LEGAL SERVICES | | 1,803.02 |
| KEI ADVISORS<br>7606 TRANSIT ROAD STE 300<br>Buffalo, NY 14221 | KEI ADVISORS<br>7606 TRANSIT ROAD STE 300<br>Buffalo, NY 14221 | GOODS/SERVICES | | 47,268.48 |
| NEWSFILE CORP<br>1430-188 W. GEORGIA<br>VANCOUVER, BC V63 4A2<br>CANADA | NEWSFILE CORP<br>1430-188 W. GEORGIA<br>CANADA | GOODS/SERVICES | | 1,496.98 |
| VIAVID<br>118-998 HARBOURSIDE DRIVE<br>NORTH VANCOUVER, BC V7P 3T2<br>CANADA | VIAVID<br>118-998 HARBOURSIDE DRIVE<br>CANADA | GOODS/SERVICES | | 2,044.56 |
| WATERTON GLOBAL, LLC<br>199 BAY STREET, STE 5050<br>TORONTO, ONTARIO M5L1E2<br>CANADA | WATERTON GLOBAL, LLC<br>199 BAY STREET, STE 5050<br>CANADA | LEGAL FEES PER AGREEMENT | | 77,805.11 |
| WILLIS CANADA, INC<br>1095 WEST PENDER ST #1500<br>VANCOUVER, BC<br>CANADA | WILLIS CANADA, INC<br>1095 WEST PENDER ST #1500<br>CANADA | INSURANCE PREMIUM | | 3,937.00 |

B4 (Official Form 4) (12/07) - Cont.
In re   **GRYPHON GOLD CORPORATION**                                                        Case No.
                                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the DIRECTOR of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **July 29, 2013**                                  Signature   **/s/ WILLIAM GOODHARD**
                                                                    **WILLIAM GOODHARD**
                                                                    **DIRECTOR**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
GRYPHON GOLD CORPORATION
748  S. MEADOWS PARKWAY A9
Reno, NV 89521

STEPHEN R. HARRIS
Harris Law Practice LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511

OFFICE OF THE UNITED STATES TRUSTEE
300 BOOTH STREET ROOM 3009
Reno, NV 89509

NEVADA EMPLOYMENT SECURITY
500 E. THIRD STREET
Carson City, NV 89713

NEVADA DEPARTMENT OF TAXATION
BANKRUPTCY SECTION
555 E. WASHINGTON
STE 1300
Las Vegas, NV 89101

INTERNAL REVENUE SERVICE
P O BOX 7346
Philadelphia, PA 19101-7346

NEVADA DEPARTMENT OF MOTOR VEHICLES
LEGAL DIVISION
855 WRIGHT WAY
Carson City, NV 89711

NEVADA LABOR COMMISSION
675 FAIRVIEW DRIVE STE 226
NV 89710

ACCUTEL, INC USD
438 MAIN STREET, STE 100
Buffalo, NY 14202

ALLSTREAM INC
P O BOX 5300 STN MAIN
WINNIPEG, MB R3C0C1
CANADA

BLENDER MEDIA
1111 WEST HASTING ST, STE 320
VANCOUVER, BC V6E213
CANADA

BORDEN LADNER GERVAIS IN TRUST
SCOTIA PLAZA, 40 KING STREET WEST
TORONTO, ONTARIO M5H3Y4
CANADA
```

```
COMPUTERSHARE INC
DEPT CH 19228
PALATINE, IL 60694-9300

DONALD TSCHABRUN
2889 MOUNTAIN SPRINGS RD
Reno, NV 89519

ERWIN & THOMPSON, LLP
P O BOX 40817
Reno, NV 89504

FAEGRE BAKER DANIELS
1470 WALNUT STREET STE 300
Boulder, CO 80302

INKLING PRINT SOLUTIONS
59-10489 DELSOM CRESCENT
DELTA BC V4C 0B9
CANADA

JAMES T. O'NEIL JR
P O BOX 3914
Parker, CO 80134

JONES & KELLER
1999 BROADWAY ST., STE 3150
Denver, CO 80202

KEI ADVISORS
7606 TRANSIT ROAD STE 300
Buffalo, NY 14221

MARVIN KAISER
Box 39
Mayfield, KY 42066

NEWSFILE CORP
1430-188 W. GEORGIA
VANCOUVER, BC V63 4A2
CANADA

VIAVID
118-998 HARBOURSIDE DRIVE
NORTH VANCOUVER, BC V7P 3T2
CANADA

WATERTON GLOBAL, LLC
199 BAY STREET, STE 5050
TORONTO, ONTARIO M5L1E2
CANADA

WILLIAM B. GOODHARD
5951 S EAGLE STREET
CENTENNIAL, CO 80016
```

```
WILLIS CANADA, INC
1095 WEST PENDER ST #1500
VANCOUVER, BC
CANADA
```

# United States Bankruptcy Court
### District of Nevada

In re  **GRYPHON GOLD CORPORATION**  
Debtor(s)

Case No.  
Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **GRYPHON GOLD CORPORATION**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 29, 2013**  
Date

/s/ STEPHEN R. HARRIS  
**STEPHEN R. HARRIS**  
Signature of Attorney or Litigant  
Counsel for  **GRYPHON GOLD CORPORATION**  
**Harris Law Practice LLC**  
**6151 Lakeside Drive, Suite 2100**  
**Reno, NV 89511**  
**775-786-7600 Fax:775-786-7764**

# United States Bankruptcy Court
## District of Nevada

In re  **GRYPHON GOLD CORPORATION**                                    Case No.
                                        Debtor(s)                      Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **WILLIAM GOODHARD**, declare under penalty of perjury that I am the **DIRECTOR** of **GRYPHON GOLD CORPORATION**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **24th** day of **July**, 20 **13**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **WILLIAM GOODHARD**, **DIRECTOR** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **WILLIAM GOODHARD**, **DIRECTOR** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **WILLIAM GOODHARD**, **DIRECTOR** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **Harris Law Practice LLC** to represent the corporation in such bankruptcy case."

Date **July 29, 2013**                                    Signed **/s/ WILLIAM GOODHARD**
                                                                **WILLIAM GOODHARD**

Resolution of Board of Directors
of
**GRYPHON GOLD CORPORATION**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **WILLIAM GOODHARD**, **DIRECTOR** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **WILLIAM GOODHARD, DIRECTOR** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **WILLIAM GOODHARD**, **DIRECTOR** of this Corporation is authorized and directed to employ **STEPHEN R. HARRIS**, attorney and the law firm of **Harris Law Practice LLC** to represent the corporation in such bankruptcy case.

Date  July 24, 2013         Signed  **/s/ William Goodhard**

Date  July 24, 2013         Signed  /s/ *Marvin Kaiser*