Laura K. Granier, Esq. (SBN 7357)
Christopher L. Richardson, Esq. (admitted *pro hac vice*)
DAVIS GRAHAM & STUBBS LLP
50 W. Liberty St., Suite 950
Reno, NV 89501
(Tel) 775-229-4219
(Fax) 775-403-2187
*Laura.Granier@dgslaw.com*

*Attorneys for Waterton Global Value, L.P.*

**Electronically Filed November 24, 2015**

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Chapter 11 |
| GRYPHON GOLD COPRORATION, | Case No. BK-13-51496-GWZ |
| Debtor. | **NOTICE OF ENTRY OF ORDER** |

    PLEASE TAKE NOTICE that the Order Denying Trustee's Application To Approve Assignment Of Certain Debtor Claims was entered on November 24, 2015 in the above-entitled case.

    A copy of the Order is attached hereto as Exhibit A.

    DATED this 24th day of November, 2015.

**DAVIS GRAHAM & STUBBS LLP**

By: /s/ Laura K. Granier
     Laura K. Granier, Esq.

*Attorneys for Waterton Global Value, L.P.*

DAVIS GRAHAM &
STUBBS LLP
ATTORNEYS AT LAW
50 W. LIBERTY ST., STE. 950
RENO, NEVADA 89501
(775) 229-4219

3962535.1

# EXHIBIT A

# EXHIBIT A

_____
Honorable Gregg W. Zive
United States Bankruptcy Judge

Entered on Docket
November 24, 2015

Laura K. Granier, Esq. (SBN 7357)
Christopher L. Richardson, Esq. (admitted *pro hac vice*)
DAVIS GRAHAM & STUBBS LLP
50 W. Liberty St., Suite 950
Reno, NV 89501
(Tel) 775-229-4219
*Laura.Granier@dgslaw.com*

Courtney Miller O'Mara, Esq. (SBN 10683)
*comara@fclaw.com*
FENNEMORE CRAIG, P.C.
300 East Second St., Suite 1510
Reno, Nevada 89501
(775) 788-2205 (Telephone)
*Attorneys for Waterton Global Value, L.P.
and Borealis Mining Company, LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Chapter 11 |
|---|---|
| GRYPHON GOLD CORPORATION, | Case No. BK-13-51496-GWZ |
| Debtor. | **ORDER DENYING TRUSTEE'S APPLICATION TO APPROVE ASSIGNMENT OF CERTAIN DEBTOR CLAIMS** |
| | Hearing Date: October 20, 2015<br>Hearing Time: 2:00 p.m. |

This matter came before the Court on the 20th day of October, 2015, on Trustee Christina Lovato's Application to Approve Assignment of Certain Debtor Claims (Dkt. 476) (the "Trustee's

1

3954202.1

Application to Assign"). The Court having considered the following documents filed in relation to the Motion:

1. Declaration of Gregory F. Wilson in Support of Trustee's Motion to Approve Assignment of Certain Debtor Claims (Dkt. 477);

2. Bockhold-Dawson Group's Response and Joinder in Motion to Approve Assignment of Certain Debtor Claims (Dkt. 483);

3. Waterton's and Borealis's Opposition to Motion to Approve Assignment of Certain Debtor Claims (Dkt. 484);

4. Reply in Support of Motion to Approve Assignment of Certain Debtor Claims (Dkt. 496);

5. Second Declaration of Gregory F. Wilson in Support of Trustee's Motion to Approve Assignment of Certain Debtor Claims (Dkt. 497);

6. Other documents and hearing transcripts as noted on the record.

It appearing from the record that notice of hearing has been given as required by law; appearances were made at the hearing by Laura Granier, Chris Richardson and Courtney O'Mara on behalf of Waterton Global Value LLP ("Waterton") and Borealis Mining Company LLC ("Borealis"); John Murtha and Chris Wicker on behalf of certain equity-holders Bockhold-Dawson; and, Gregory Wilson and Jeff Hartman on behalf of the Chapter 11 Trustee Christina Lovato (the "Trustee") all as noted on the record of the proceedings; the Court having considered the arguments and presentations of counsel at the hearing, and GOOD CAUSE APPEARING,

It is hereby ORDERED that:

Based on the Court's Order dismissing this bankruptcy proceeding based on Waterton's Motion Dismiss or Convert (Dkt. 341), the Trustee's Application to Assign is denied as moot.

/////

3954202.1

Prepared by:

DAVIS GRAHAM & STUBBS

By:   /s/ Laura K. Granier
Laura K. Granier
Christopher L. Richardson
Attorneys for Waterton Global Value, L.P.

APPROVED/DISAPPROVED


  /s/ John F. Murtha
John F. Murtha, Esq.
W. Chris Wicker, Esq.
Attorneys for Equity Security Holders Murray Bockhold and G. R. Dawson Holdings


APPROVED/DISAPPROVED


  /s/  Greg F. Wilson
Gregory F. Wilson, Esq.
Gregory F. Wilson and Associates PC
Attorneys for Trustee Christina W. Lovato

3

3954202.1

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that:

    ☐ The court has waived the requirement set forth in LR 9021(b)(1).

    ☐ No party appeared at the hearing or filed an objection to the motion.

    ☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Counsel who approved the order:

John F. Murtha, Esq.
Attorney for Equity Security Holders
Murray Bockhold and G. R. Dawson

Gregory F. Wilson, Esq.
Attorneys for Trustee Christina W. Lovato

    ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant LR 9014(g), and that no party has objected to the form or content of the order.

    DAVIS GRAHAM & STUBBS

    By:    */s/ Laura K. Granier*
    Laura K. Granier
    Christopher L. Richardson
    Attorneys for Waterton Global Value, L.P.

# # #

3954202.1