JOHN F. MURTHA, ESQ.
**Nevada Bar No. 835**
SETH J. ADAMS, ESQ.
**Nevada Bar No. 11034**
WOODBURN AND WEDGE
Sierra Plaza
6100 Neil Road, Ste. 500
Post Office Box 2311
Reno, Nevada 89505
Telephone: 775-688-3000
Facsimile : 775-688-3088
jmurtha@woodburnandwedge.com
sjadams@woodburnandwedge.com

Attorneys for Equity Security Holders
Murray Bockhold and G.R. Dawson
Holdings

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| In re: | Case No. BK-13-51496-GWZ<br>Chapter 11 |
| GRYPHON GOLD CORPORATION, | **STIPULATION EXTENDING TIME TO FILE REPLY IN SUPPORT OF MOTION FOR ORDER UNSEALING DOCUMENT FILED UNDER SEAL** |
| Debtor | |
| | Orig. Hearing Date : 03/01/2016<br>Orig. Hearing Time: 2:00 P.M. |
| | Cont. Hearing Date: 03/22/2016<br>Cont. Hearing Time: 2:00 P.M. |
| _____/ | |

This Stipulation Extending Time to File Reply in Support of Motion for Order Unsealing Document Filed Under Seal is entered into by and between John F. Murtha, Esq. on behalf of movants Murray Bockhold and G.R. Dawson ("Bockhold-Dawson"), and Laura Granier, Esq. on behalf of Waterton Global Value, L.P. ("Waterton") and is

based upon the following facts and circumstances:

1. On January 20, 2016, Bockhold-Dawson filed a Motion for Order Unsealing Document Filed Under Seal ("Motion") (Docket No. 525).

2. When the Motion was filed, a hearing was set for March 1, 2016.

3. Waterton filed a timely objection to the Motion on February 16, 2016 (Docket No. 529).

4. Based upon the hearing date of March 1, 2016, Bockhold-Dawson's reply in support of the Motion was due on February 23, 2016.

5. Subsequent to the filing of Waterton's opposition, the Court re-set the hearing on the Motion to March 22, 2016, at 2:00 p.m. (Docket No. 534)

6. Counsel for Bockhold-Dawson has requested an extension of time to file Bockhold-Dawson's reply in support of the Motion because of a very busy work schedule. He proposed to file the reply well in advance of the March 22nd hearing to allow the Court ample time to review all of the pleadings regarding the Motion in advance of the hearing.

7. Waterton's counsel is amenable to the requested extension of time.

Now, therefore, it is hereby agreed and stipulated by and between the undersigned counsel of record for Bockhold-Dawson and Waterton that Bockhold-

///

///

///

///

///

///

WOODBURN AND WEDGE
6100 Neil Road, Ste. 500
Reno, Nevada 89511
Tel: (775) 688-3000

Dawson may have until March 4, 2016, to file their reply in support of the Motion. That date is 18 days prior to the rescheduled hearing date.

DATED this 23rd day of February, 2016.

WOODBURN AND WEDGE

BY /s/ John F. Murtha
John F. Murtha, Esq.,
Seth J. Adams, Esq.
Attorneys for Bockhold-Dawson

DATED this 23rd day of February, 2016.

DAVIS GRAHAM & STUBBS, LLP

BY /s/ Laura K. Granier
Laura K. Granier, Esq.,
Attorneys for Waterton
Global Value, L.P.