_____
Honorable Gregg W. Zive
United States Bankruptcy Judge



Entered on Docket
March 31, 2020

Laura K. Granier (SBN 7357)
Jeremy J. Nork (SBN 4017)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone 775 | 327-3000
Facsimile  775 | 786-6179
jnork@hollandhart.com
lkgranier@hollandhart.com

Christopher L. Richardson (*pro hac vice*)
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone 303 | 892-7420
Attorneys for Waterton Global Value, L.P.,
Waterton Nevada Splitter, LLC, and
Borealis Mining Company, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>GRYPHON GOLD CORPORATION,<br><br>Debtor. | Case No. BK-13-51496-GWZ<br>Chapter 11<br><br>**ORDER REOPENING CASE**<br><br>Hearing Date: 10/01/2019<br>Hearing Time: 2:00 p.m. |

This matter came before the Court on October 1, 2019 on Gryphon Gold Corporation ("Gryphon")'s Motion to Reopen Case (Dkt. No. 557) (the "Motion to Reopen") filed in the above-captioned case on August 9, 2019.  The Motion to Reopen sought to reopen this case for the "limited purpose" of addressing the Motion for Order Unsealing Document Filed Under Seal (Dkt. No. 560) (the "Motion to Unseal").  It appearing from the record that notice of the hearing

has been given as required by law, the Court having reviewed the Objection to Motion to Reopen Case filed by Waterton Global Value, L.P. and Borealis Mining Company, LLC (Dkt. No. 565) on September 17, 2019, having heard argument during an October 1, 2019 hearing, and good cause appearing for the limited relief requested in the Motion to Reopen,

IT IS HEREBY ORDERED that Gryphon's Motion to Reopen Case is GRANTED.  This case shall be reopened for the limited purpose of resolving Gryphon's Motion to Unseal (Dkt. No. 560) and this case otherwise remains CLOSED.

IT IS SO ORDERED.

SUBMITTED BY:

  /s/  Jeremy J. Nork
Jeremy J. Nork (SBN 4017)
Laura K. Granier (SBN 7357)
HOLLAND & HART LLP
5441 Kietzke Lane, Second Floor
Reno, Nevada 89511
Telephone 775 | 327-3000
Facsimile  775 | 786-6179
jnork@hollandhart.com
lkgranier@hollandhart.com

Christopher L. Richardson (*pro hac vice*)
DAVIS GRAHAM & STUBBS LLP
1550 17th Street, Suite 500
Denver, CO 80202
Telephone 303 | 892-7420

Attorneys for Waterton Global Value, L.P.,
Waterton Nevada Splitter, LLC, and
Borealis Mining Company, LLC

**LR 9021 CERTICATE**

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

| W. Chris Wicker<br>Seth J. Adams<br>Woodburn and Wedge<br>cwicker@woodburnandwedge.com<br>sadams@woodburnandwedge.com | ~~Approved~~/Disapproved/~~Failed to Respond~~ |

I certify that this is a case under chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #

14406593_v1

3